**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Lorenzo ADDERLY, a/k/a Kendrick
A. McKenzie, a/k/a Son–Son,
Defendant–Appellant.**

**No. 10–7769.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 16, 2011.

Decided: June 20, 2011.

Lorenzo Adderly, Appellant pro se. Stephen Wiley Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lorenzo Adderly appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Adderly*, No. 3:95–cr–00074–RLW–1 (E.D.Va. Nov. 23, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*